UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Brian Rekoske, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Navvis & Company, LLC d/b/a Navvis,<br><br>   Defendant. | Case No. 4:24-cv-00029-AGF |
| Maxwell Klassen, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Navvis & Company, LLC d/b/a Navvis,<br><br>   Defendant. | Case No. 4:24-cv-00035-RHH |
| Melanie Burns, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Navvis & Company, LLC d/b/a Navvis,<br><br>   Defendant. | Case No. 4:24-cv-00039-SRW |
| Julie Montiel, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Navvis & Company, LLC d/b/a Navvis,<br><br>   Defendant. | Case No. 4:24-cv-00040-AGF |

| | |
|---|---|
| Patricia McCreary, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>Navvis & Company, LLC d/b/a Navvis,<br><br>    Defendant. | Case No. 4:24-cv-00041-MTS |
| Richard Lilly, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>Navvis & Company, LLC,<br><br>    Defendant. | Case No. 4:24-cv-00063-SEP |

## **PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES**

Plaintiffs Brian Rekoske, Maxwell Klassen, Melanie Burns, Julie Montiel, and Patricia McCreary, and Richard Lilly ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move under Federal Rule of Civil Procedure ("Rule") 42(a)(2) for an order consolidating the above-captioned actions: *Brian Rekoske v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00029-AGF (E.D. Mo.); *Maxwell Klassen v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00035-RHH (E.D. Mo.); *Melanie Burns v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00039-SRW (E.D. Mo.); *Julie Montiel v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00040-AGF (E.D. Mo.); *Patricia McCreary v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00041-MTS (E.D. Mo.); *Richard Lilly v. Navvis & Company, LLC*, No. 4:24-cv-00065-SEP (collectively, the "Related Actions") and all other actions (now and in the future) naming Navvis & Company, LLC ("Navvis" or "Defendant") as a defendant in connection with

2

the Data Breach Defendant experienced between July 12 and July 25, 2023 (the "Data Breach"). Plaintiffs respectfully request that the Court consolidate the Related Actions under the docket number of the first filed case, 4:24-cv-00029-AGF, and under the title *In re Navvis & Company, LLC Data Breach Litigation.*

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Dated: <u>January 12, 2024</u>

Respectfully submitted,

<u>/s/ Tiffany Marko Yiatras</u>
Tiffany Marko Yiatras
Francis J. "Casey" Flynn, Jr.
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Tele: 314-541-0317
tiffany@consumerprotectionlegal.com
casey@consumerprotectionlegal.com

*Attorney for Brian Rekoske Maxwell Klassen, Melanie Burns, Patricia McCreary, and the Putative Class*

Bryan Bleichner *
Philip Krzeski*
**CHESTNUT CAMBRONNE**
100 Washington Ave South.
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Brian Rekoske and the Putative Class*

Joseph M. Lyon*
Kevin M. Cox*

3

**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

*Attorneys for Maxwell Klassen and the Putative Class*

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
212 W. Spring Valley Road
Richardson, TX  75081
wbf@federmanlaw.com

*Attorney for Melanie Burns and the Putative Class*

Brandon J.B. Boulware, #54150(MO)
Jeremy M. Suhr, #60075(MO)
**BOULWARE LAW LLC**
1600 Genessee, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Mason A. Barney *
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Attorney for Julie Montiel and the Putative Class*

Terence R. Coates*
Spencer D. Campbell*

**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530 Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
scampbell@msdlegal.com

*Attorneys for Plaintiff Patricia McCreary and Putative Class*

Laura Van Note (E.D. Mo Bar # 310160CA)
**COLE & VAN NOTE**
555 12th St., Ste. 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
*lvn@colevannote.com*

*Attorney for Richard Lilly and the Putative Class*

***Pro Hac Vice either forthcoming or pending*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record and *further* certify that I will serve the foregoing upon Defendant's Counsel upon their filing of an entry of appearance in this matter.

Date:   1/12/2024                                    By:   /s/ Tiffany Marko Yiatras
                                                                      **Tiffany Marko Yiatras**

5