UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRIAN REKOSKE, individually and on )
behalf of all others similarly situated, )
  )
  Plaintiff, )
  )
 v. )  No. 4:24-cv-00029-AGF
  )
NAVVIS & COMPANY, LLC, d/b/a Navvis, )
  )
  Defendant. )

## ORDER OF CONSOLIDATION

This matter is before the Court on Plaintiff's unopposed motion (ECF No. 8) for

consolidation, pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 4.03, of the

following cases with this case:

 *Maxwell Klassen v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00035-JAR;

 *Melanie Burns v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00039-SEP;

 *Julie Montiel v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00040-SEP;

 *Patricia McCreary v. Navvis & Company, LLC d/b/a Navvis*, No. 4:24-cv-00041-MTS; and

 *Richard Lilly v. Navvis & Company, LLC*, No. 4:24- cv-00063-SEP.

The above-noted cases arise out of very similar facts, grow out of the same alleged data

breach, have proposed class definitions that will encompass the same persons, involve the same

defendant, and present common questions of law and fact.  Finding that the cases present

sufficiently common questions of law and fact, and that the motion is unopposed,

 **IT IS HEREBY ORDERED** that Plaintiff's motion for consolidation of the above-noted

cases with the instant case is **GRANTED in part, as follows**.  ECF No. 8.  The above-noted cases

shall be consolidated before the undersigned (the "Consolidated Action").

**IT IS FURTHER ORDERED** that this Order of Consolidation shall be filed in each of the above-noted cases, as well as the instant case; that the above-noted cases shall be administratively closed; and that all future documents shall be filed in this Consolidated Action and shall bear the following caption: *In re Navvis & Company, LLC Data Breach Litigation*.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion for Extension of Time is **GRANTED as follows**.  ECF No. 17.  Plaintiffs in the Consolidated Action shall file an operative Consolidated Amended Complaint ("CAC") within **30 days** of this Order.  Defendant need not respond to any of the previously filed complaints in the above-captioned matters and shall respond to the operative CAC within **45 days** after it is filed.  If Defendant files a motion directed to the CAC, Plaintiffs shall have **30 days** thereafter to file an opposition, and Defendant shall then have **30 days** to file a reply.

The Court will set an initial case management conference by separate Order.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2024.

-2-