**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) | No. 4:24-cv-00029-AGF |
| NAVVIS & COMPANY, LLC DATA | ) | Consolidated Action |
| BREACH LITIGATION, | ) ) |  |

## ORDER OF CONSOLIDATION

This matter is before the Court on Defendant Navvis & Company, LLC's unopposed motion (ECF No. 38) for consolidation, pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 4.03, of the following case with this case:

*Detrick Clark v. Navvis and Company, LLC*, 4:24-cv-00514-PLC.

The above-noted case arises out of very similar facts, grows out of the same alleged data breach, has proposed class definitions that will encompass the same persons, involves the same defendant, and presents common questions of law and fact. Finding that the cases present sufficiently common questions of law and fact, and that the motion is unopposed,

**IT IS HEREBY ORDERED** that Defendant's motion for consolidation of the above-noted case with the instant case is **GRANTED**. ECF No. 38. The above-noted case shall be consolidated before the undersigned as part of this Consolidated Action.

**IT IS FURTHER ORDERED** that this Order of Consolidation shall be filed in the above-noted case, as well as the instant case; that the above-noted case shall be administratively closed; and that all future documents shall be filed in this Consolidated Action and shall bear the following caption: *In re Navvis & Company, LLC Data Breach Litigation*.

**IT IS FURTHER ORDERED** that the parties shall promptly meet and confer to determine whether any amendment to the Consolidated Class Action Complaint, the current Case

Management Order, and/or any other pleadings or Orders is necessary in light of this Order of Consolidation and, if so, file any appropriate motion regarding the same.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2024.